FILED

MAY 18 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHANGO JAJA GREER, et al.,

    Defendants.

Case No. CRS-03-042 FCD

**ORDER SEALING DEFENDANT GONZALES' MOTION TO DISMISS DUE TO INSUFFICIENT EFFECTS ON INTERSTATE COMMERCE**

Dept: Hon. Frank C. Damrell, District Judge

GOOD CAUSE APPEARING, based on Defendant Gonzales' representation that Grand Jury testimony is quoted in the above described motion, IT IS HEREBY ORDERED that Oscar Gonzales' Motion to Dismiss Due To Insufficient Effects On Interstate Commerce shall be placed in the Court's Sealed File.

Dated: May 18, 2005

UNITED STATES DISTRICT JUDGE

[Proposed] Order Sealing Motion to Dismiss