MAY 1 8 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHANGO JAJA GREER, et al.,

    Defendants.

**Case No. CRS-03-042 FCD**

**ORDER PERMITTING LATE FILING OF GONZALES' MOTION TO DISMISS DUE TO INSUFFICIENT EFFECTS ON INTERSTATE COMMERCE**

Dept: Hon. Frank C. Damrell, District Court Judge

GOOD CAUSE APPEARING, on application by defense counsel for Oscar Gonzales, IT IS HEREBY ORDERED that the Gonzales' Motion to Dismiss Due To Insufficient Effects On Interstate Commerce may be filed on May 18, 2005 instead of May 16. The Court finds the defense counsel's explanation is sufficient to justify the late filing.

Dated: May 18, 2005

UNITED STATES DISTRICT JUDGE