McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
PHILIP A. FERRARI
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-03-042 FCD |
| Plaintiff, ) | STIPULATION; ORDER |
| SHANGO JAJA GREER, et. al., ) | |
| Defendants. ) | |

Defendant Shango Jaja Greer, through Peter Kmeto, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the hearing on the defendant's motion to dismiss scheduled for August 19, 2005.  And, Defendant Oscar Gonzales, through John T. Philipsborn, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the hearing on the defendant's motions to dismiss scheduled for August 19, 2005.  The parties further stipulate that said hearings be placed on the court's September 19, 2005, calendar at 9:30 a.m.  Co-defendants who have joined these motions have agreed to these continuances through their counsel.

1   Regarding defendant Shango Jaja Greer, the continuance is
2 being requested because the defendant's counsel will be unable to
3 attend the hearing currently scheduled for August 19th.  Regarding
4 defendant Oscar Gonzales, the continuance is being requested
5 because the defendant and the government have been involved in
6 very serious plea negotiations, and would like to continue to
7 concentrate on these negotiations without the distraction that
8 would be caused by these motions.
9   It is agreed that the government will file any opposition to
10 defendant Gonzales' motions to dismiss by September 2, 2005.
11 Reply briefs from any defendant will be filed by September 12,
12 2005.
13   As motions remain pending in this case, time should remain
14 excluded through September 19, 2005, from computation under the
15 Speedy Trial Act pursuant to local code E (18 U.S.C. §
16 3161(h)(1)(F)).

17 DATED: August 17, 2005           Very truly yours,

18                                  McGREGOR W. SCOTT
                                    United States Attorney
19
                                    /s/ Kenneth J. Melikian
20
                                    By
21                                     KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney
22

23

24 DATED: August 17, 2005           /s/ Kenneth J. Melikian
                                    PETER KMETO
25                                  Attorney for Defendant Shango Jaja
                                    Greer
26                                  (Signed by Kenneth J. Melikian per
                                    authorization by Peter Kmeto)
27

28

2

| | | |
|---|---|---|
| 1 | DATED: August 17, 2005 | /s/ Kenneth J. Melikian |
| 2 | | JOHN T. PHILIPSBORN |
| | | Attorney for Defendant Oscar Gonzales |
| 3 | | (Signed by Kenneth J. Melikian per authorization by John T. Philipsborn) |

DATED: August 17, 2005            /s/ Kenneth J. Melikian
                                  JAN DAVID KAROWSKY
                                  Attorney for Defendant Jason Keith Walker
                                  (Signed by Kenneth J. Melikian per authorization by Jan David Karowsky)

DATED: August 17, 2005            /s/ Kenneth J. Melikian
                                  JESSE M. RIVERA
                                  Attorney for Defendant Charles Lee White
                                  (Signed by Kenneth J. Melikian per authorization by Jesse M. Rivera)

IT IS SO ORDERED.

DATED: August 17, 2005

                                  /s/ Frank C. Damrell Jr.
                                  HONORABLE FRANK C. DAMRELL JR.
                                  U.S. District Court Judge

3