1   MORENO & RIVERA, LLP

2   1451 River Park Drive, Suite 145
    Sacramento, California 95815

3   Tel: 916-922-1200 Fax: 916 922-1301

4   Jesse M. Rivera, CSN 84259
    Jonathan B. Paul, CSN 215884
5   Shanan L. Hewitt, CSN 200168

6
    Attorneys for Defendant,
7   CHARLES LEE WHITE

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   CASE NO.  CR No. S-03-0042 FCD
                                       )
12            Plaintiff,               )   **ORDER FOR APPOINTMENT OF**
                                       )   **PSYCHIATRIST TO EVALUATE**
13                                     )   **CHARLES LEE WHITE PURSUANT TO**
    vs.                                )   **U.S.C. 18 §4241, ET SEQ....**
14                                     )
    SHANGO JAJA GREER, et al,          )   "AS MODIFIED"
15                                     )
                                       )   Date:      October 28, 2005
16            Defendants.              )   Ctrm.:     2
                                       )   Time:      9:30 a.m.
17  _____)   Before:    The Honorable Judge Damrell

18

19       On September 27, 2005, a hearing was held pursuant to U.S.C. 18 §4241 at the request of

20  the Government to determine whether or not reasonable cause existed that defendant,

21  CHARLES LEE WHITE, may be suffering from a mental disease or defect.  In attendance with

22  the Government was Steve Lapham and Ken Melikian.  Attendance for CHARLES WHITE was

23  Jesse M. Rivera, Court appointed counsel.  The Court determined that reasonable cause did exist

24  to believe that CHARLES WHITE may presently be suffering from a mental disease or defect.

25  As such, the Court hereby orders.

26       IT IS HEREBY ORDERED.  Dr. Zakee Matthews, M.D., shall be appointed to evaluate

27  CHARLES WHITE to determine whether or not he has a mental disease or defect, which

28  thereby renders him mentally incompetent to the extent that he is unable

    to understand the nature and consequences of the proceedings against him, or to assist properly

1   in his defense.  The Court hereby orders that a hearing be held in this matter on

2   October 28, 2005 at 9:30 a.m.

3          It is hereby ordered that Dr. Matthews evaluate CHARLES WHITE and, if feasible,

4   provide the Court with a written report prior to the hearing or otherwise present oral testimony

5   as to the mental competency of the defendant at the hearing.

6          It is further ordered that Dr. Matthews be compensated at the rate of $300.00 per hour for

7   his evaluation report and/or testimony.

8   IT IS SO ORDERED.

9

10
    Dated: October 5, 2005

11

12                                          /s/ Frank C. Damrell Jr.
                                            Honorable Frank C. Damrell Jr.
13                                          U.S. District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28