1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   KENNETH J. MELIKIAN
3  PHILIP A. FERRARI
   Assistant U.S. Attorneys
4  501 "I" Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2744

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11
                                )  CR. No. S-03-042-FCD DAD
12  UNITED STATES OF AMERICA,    )
                                )  APPLICATION AND ORDER
13           Plaintiff,          )  FOR WRIT OF HABEAS CORPUS
                                )  AD TESTIFICANDUM
14      v.                       )
                                )
15  SHANGO JAJA GREER, et al.,   )
                                )
16           Defendants.         )
                                )
17  _____

18

19      COMES NOW the plaintiff herein by the United States Attorney

20  and represents and shows:

21      That there is now confined in Valley State Prison For Women,

22  21633 Avenue 24, Chowchilla, California 93610, one NATALIE

23  NICKOLE THOMAS, aka NATALIE NICKOLE FITZGERALD, DOB: 01/20/79,

24  CDC Number: X12692, in the custody of the Warden, Sheriff or

25  Jailor thereof; that said prisoner is a necessary, material and

26  competent witness in the prosecution of the above-entitled case,

27  which is set for trial in the United States District Court at

28  Sacramento, California, on November 14, 2005 at 9:00 a.m., and

                              1

that in order to secure the attendance of said prisoner it is
necessary that a Writ of Habeas Corpus Ad Testificandum be issued
commanding said Warden, Sheriff or Jailor to produce said
prisoner in said Court, Courtroom #1, Sixteenth  Floor, Robert T.
Matsui United States Courthouse, 501 "I" Street, Sacramento,
California, on November 14, 2005, at 9:00 a.m., in order that
said prisoner may respond to and answer such questions as may be
propounded to him during the course of the trial of said case.

WHEREFORE, your petitioner prays for an order directing the
issuance of a Writ of Habeas Corpus Ad Testificandum, out of and
under the seal of this Court, commanding said Warden, Sheriff or
Jailor to have and produce said prisoner in said United States
Courtroom on said date, then and there to respond to and answer
such questions as may be propounded to him during the course of
the trial of the above-entitled case; and at the termination of
said case to return him forthwith to said above-mentioned
institution.

DATED: October 20, 2005                 McGREGOR W. SCOTT
                                        United States Attorney


                                   By: /s/ Philip A. Ferrari
                                       PHILIP A. FERRARI
                                       Assistant U.S. Attorney

2

1              O R D E R

2

3        Upon reading and filing the foregoing application in that

4   behalf; IT IS ORDERED that a Writ of Habeas Corpus Ad

5   Testificandum issue as prayed for herein.

6   DATED: October 21, 2005.

7

8        _____

         DALE A. DROZD

9        UNITED STATES MAGISTRATE JUDGE

10

11  Ddad1/orders.criminal/greer-fitzgerald0042.writ

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28