McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
KENNETH J. MELIKIAN
PHILIP A. FERRARI
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHANGO JAJA GREER, et al.,<br><br>    Defendants. | CR. No. S-03-042-FCD DAD<br><br>AMENDED APPLICATION AND ORDER<br>FOR WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM |

COMES NOW the plaintiff herein by the United States Attorney and represents and shows:

That there is now confined in the San Quentin State Prison, San Quentin, California 94964, one JASON THOMAS McGILL, DOB: 10/14/75, CDC Number: K07613, in the custody of the Warden, Sheriff or Jailor thereof; that said prisoner is a necessary, material and competent witness in the prosecution of the above-entitled case, which is set for trial in the United States District Court at Sacramento, California, on November 14, 2005 at 9:00 a.m., and that in order to secure the attendance of said

1

prisoner it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued commanding said Warden, Sheriff or Jailor to produce said prisoner in said Court, Courtroom #1, Sixteenth Floor, Robert T. Matsui United States Courthouse, 501 "I" Street, Sacramento, California, on November 14, 2005, at 9:00 a.m., in order that said prisoner may respond to and answer such questions as may be propounded to him during the course of the trial of said case.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Testificandum, out of and under the seal of this Court, commanding said Warden, Sheriff or Jailor to have and produce said prisoner in said United States Courtroom on said date, then and there to respond to and answer such questions as may be propounded to him during the course of the trial of the above-entitled case; and at the termination of said case to return him forthwith to said above-mentioned institution.

DATED: October 27, 2005            McGREGOR W. SCOTT
United States Attorney

By:   /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

|   |   |
|---|---|
| 1 | O R D E R |
| 2 | Upon reading and filing the foregoing application in that |
| 3 | behalf; IT IS ORDERED that a Writ of Habeas Corpus Ad |
| 4 | Testificandum issue as prayed for herein. |
| 5 | DATED: October 27, 2005. |
| 6 | |
| 7 | _____ |
| 8 | DALE A. DROZD<br>UNITED STATES MAGISTRATE JUDGE |
| 9 | |
| 10 | |
| 11 | Ddad1/orders.criminal/greer-mcgill0042.writ(2) |