1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   KENNETH J. MELIKIAN
3  PHILIP A. FERRARI
   Assistant U.S. Attorneys
4  501 "I" Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-03-042-FCD |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. ) | |
| SHANGO JAJA GREER, et al., ) | |
| Defendants. ) | |

   COMES NOW the plaintiff herein by the United States Attorney and represents and shows:

   That there is now confined in the Solano County Jail, 500 Union Avenue, Fairfield, California 94533, one NATALIE NICKOLE THOMAS, aka NATALIE NICKOLE FITZGERALD, DOB: 01/20/79, Booking No. 05-15267, in the custody of the Warden, Sheriff or Jailor thereof; that said prisoner is a necessary, material and competent witness in the prosecution of the above-entitled case, which is currently on trial in the United States District Court at Sacramento, California, and that in order to secure the

1 attendance of said prisoner it is necessary that a Writ of Habeas
2 Corpus Ad Testificandum be issued commanding said Warden, Sheriff
3 or Jailor to produce said prisoner to the custody of the United
4 States Marshal, or other authorized Federal Agents, so that they
5 may deliver the prisoner to Courtroom #1, Sixteenth  Floor,
6 Robert T. Matsui United States Courthouse, 501 "I" Street,
7 Sacramento, California, forthwith and for the duration of the
8 trial of the above-entitled case, in order that said prisoner may
9 respond to and answer such questions as may be propounded to her
10 during the course of said trial.
11     WHEREFORE, your petitioner prays for an order directing the
12 issuance of a Writ of Habeas Corpus Ad Testificandum, out of and
13 under the seal of this Court, commanding said Warden, Sheriff or
14 Jailor to have and produce said prisoner forthwith and for the
15 duration of said trial to the custody of the United States
16 Marshal, or other authorized Federal Agents, so that they may
17 deliver the prisoner to said Court, then and there to respond to
18 and answer such questions as may be propounded to her during the
19 course of the trial; and at the termination of said case to
20 return her forthwith to said above-mentioned institution.

22 DATED: December 14, 2005          McGREGOR W. SCOTT
                                     United States Attorney

                                 By: /s/ Philip A. Ferrari
                                     PHILIP A. FERRARI
                                     Assistant U.S. Attorney

<u>O R D E R</u>

Upon reading and filing the foregoing application in that behalf; IT IS ORDERED that a Writ of Habeas Corpus Ad Testificandum issue as prayed for herein.

DATED: December 15, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1