1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   KENNETH J. MELIKIAN
3  PHILIP A. FERRARI
   Assistant U.S. Attorneys
4  501 "I" Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-03-042-FCD |
| Plaintiff, | APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| SHANGO JAJA GREER, et al., | |
| Defendants. | |

COMES NOW the plaintiff herein by the United States Attorney and represents and shows:

That there is now confined in the Solano County Jail, 500 Union Avenue, Fairfield, California 94533, one PHILLIP MICHAEL GOMEZ, DOB: 01/05/83, Booking No. 05-15841, in the custody of the Warden, Sheriff or Jailor thereof; that said prisoner is a necessary, material and competent witness in the prosecution of the above-entitled case, which is currently on trial in the United States District Court at Sacramento, California, and that in order to secure the attendance of said prisoner it is

1  necessary that a Writ of Habeas Corpus Ad Testificandum be issued
2  commanding said Warden, Sheriff or Jailor to produce said
3  prisoner to the custody of the United States Marshal, or other
4  authorized Federal Agents, so that they may deliver the prisoner
5  to Courtroom #1, Sixteenth  Floor, Robert T. Matsui United States
6  Courthouse, 501 "I" Street, Sacramento, California, forthwith and
7  for the duration of the trial of the above-entitled case, in
8  order that said prisoner may respond to and answer such questions
9  as may be propounded to him during the course of said trial.
10      WHEREFORE, your petitioner prays for an order directing the
11 issuance of a Writ of Habeas Corpus Ad Testificandum, out of and
12 under the seal of this Court, commanding said Warden, Sheriff or
13 Jailor to have and produce said prisoner forthwith and for the
14 duration of said trial to the custody of the United States
15 Marshal, or other authorized Federal Agents, so that they may
16 deliver the prisoner to said Court, then and there to respond to
17 and answer such questions as may be propounded to him during the
18 course of the trial; and at the termination of said case to
19 return him forthwith to said above-mentioned institution.

21 DATED: December 14, 2005            McGREGOR W. SCOTT
                                       United States Attorney


                                 By:   /s/ Philip A. Ferrari
                                       PHILIP A. FERRARI
                                       Assistant U.S. Attorney

O R D E R

Upon reading and filing the foregoing application in that behalf; IT IS ORDERED that a Writ of Habeas Corpus Ad Testificandum issue as prayed for herein.

DATED: December 15, 2005.

_____
UNITED STATES MAGISTRATE JUDGE