MICHAEL D. LONG
Attorney at Law
California State Bar Number 149475
721 9th Street, Suite 250
Sacramento, California  95814
Telephone:     (916) 447-1965
Facsimile:      (916) 447-1940
Email:           Long_5999@msn.com

Attorney for Defendant
CHARLES WHITE

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-03-0042-FCD |
| ) | |
| Plaintiff, ) | ORDER SETTING A STATUS |
| ) | CONFERENCE FOR 1-26-07 AT |
| ) | 9:30 a.m. |
| ) | |
| v. ) | |
| ) | |
| CHARLES WHITE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that a status conference will be held on January 26, 2007 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: January 22, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE