| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. S 03-042-FCD |
| v. ) | |
| ) | |
| CHARLES LEE WHITE ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  ( ) Ad Prosequendum                    (**X**) Ad Testificandum

Name of Detainee:   PHILLIP MICHAEL GOMEZ
Detained at (custodian):  SIERRA CONSERVATION CENTER
Detainee is:      a.)   ( ) charged in this district by:   () Indictment   () Information   () Complaint
                         charging detainee with: .
        or     b.)   (**X**) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)   (**X**) return to the custody of detaining facility upon termination of proceedings
        or     b.)   () be retained in federal custody until final disposition of federal charges, as a sentence
                        is currently being served at the detaining facility

*Appearance is necessary before United States District Court Judge Frank C. Damrell, Jr. on March 20, 2007, at 9:00 a.m. in the Eastern District of California.*

Signature:                       /s/ Kenneth J. Melikian
Printed Name & Phone No:         AUSA KENNETH J. MELIKIAN    (916)554-2700
Attorney of Record for:          United States of America

## WRIT OF HABEAS CORPUS
  ( ) Ad Prosequendum                    (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on MARCH 20, 2007 at 9:00 a.m.* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: February 27, 2007

_____
United States District Court Judge

_____
Please provide the following, if known:

AKA(s) (if applicable):       _____       Male  X
Booking or CDC #:             F014957                                       DOB: **/**/1985
Facility Address:             5100 O'BYRNES FERRY RD.                       Race: Hispanic
                              JAMESTOWN, CA 95327                           FBI #:
Facility Phone:               (209)984-5291
Currently Incarcerated For:   _____

_____
**RETURN OF SERVICE**
Executed on  _____        By: _____
                                                    (Signature)