| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S 03-042-FCD |
| v. | ) | |
| | ) | |
| CHARLES LEE WHITE | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ( ) Ad Prosequendum         (**X**) Ad Testificandum

Name of Detainee:   DION RAMONE McGRIFF
Detained at (custodian): COMMUNITY CORRECTIONS CENTER - OMAHA
Detainee is:     a.)   ( ) charged in this district by:   ( ) Indictment   ( ) Information   ( ) Complaint
           charging detainee with: .
    or    b.)   (X) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   (X)   return to the custody of detaining facility upon termination of proceedings
    or    b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence
           is currently being served at the detaining facility

*Appearance is necessary before United States District Court Judge Frank C. Damrell, Jr. on March 20, 2007, at 9:00 a.m. in the Eastern District of California.*

               Signature:        /s/ Kenneth J. Melikian
               Printed Name & Phone No:   AUSA KENNETH J. MELIKIAN   (916)554-2700
               Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
    ( ) Ad Prosequendum         (X) Ad Testificandum

   The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on MARCH 20, 2007 at 9:00 a.m.* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:   February 27, 2007              _____
                        United States District Court Judge

___

Please provide the following, if known:

AKA(s) (if applicable):   _____    Male   X
Booking or CDC #:    64073                  DOB: **/**/1972
Facility Address:    2320 EAST AVENUE J           Race: Black
         OMAHA, NEBRASKA 68110-2766        FBI #:
Facility Phone:     (402)595-2010
Currently Incarcerated For:   _____

___

**RETURN OF SERVICE**

Executed on   _____     By: _____
                       (Signature)