UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S 03-042-FCD |
| v. | ) | |
| | ) | |
| CHARLES LEE WHITE | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( ) Ad Prosequendum            (**X**) Ad Testificandum

Name of Detainee: <u>CHARLES EDWARD McCLOUGH</u>
Detained at (custodian): <u>HIGH DESERT STATE PRISON</u>

Detainee is:   a.)   ( ) charged in this district by:  () Indictment   () Information   () Complaint
                         charging detainee with: .
         or    b.)   (X) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   (X)  return to the custody of detaining facility upon termination of proceedings
         or    b.)   ( )  be retained in federal custody until final disposition of federal charges, as a sentence
                         is currently being served at the detaining facility

*Appearance is necessary before United States District Court Judge Frank C. Damrell, Jr. on March 20, 2007, at 9:00 a.m. in the Eastern District of California.*

Signature:                 /s/ Kenneth J. Melikian
Printed Name & Phone No:   AUSA KENNETH J. MELIKIAN     (916)554-2700
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
( ) Ad Prosequendum            (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on MARCH 20, 2007 at 9:00 a.m.* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: February 27, 2007

_____
United States District Court Judge

---

Please provide the following, if known:

AKA(s) (if applicable):   _____     Male  X
Booking or CDC #:         T95521                                     DOB: **/**/1973
Facility Address:         475-750 Rice Canyon Rd., Susanville, CA 96127   Race: Black
                          P.O. Box 750                               FBI #:
Facility Phone:           (530)251-5100
Currently Incarcerated For:  _____

---

**RETURN OF SERVICE**

Executed on  _____     By: _____
                                                     (Signature)