| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. S 03-042-FCD |
| v. ) | |
| ) | |
| CHARLES LEE WHITE ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( ) Ad Prosequendum    (**X**) Ad Testificandum

Name of Detainee: <u>SEDRICK DEON PERKINS</u>
Detained at (custodian): <u>SIERRA CONSERVATION CENTER</u>

Detainee is:
a.)  ( ) charged in this district by:  () Indictment   () Information   () Complaint
     charging detainee with: .
or b.)  (**X**) a witness not otherwise available by ordinary process of the Court

Detainee will:
a.)  (**X**)  return to the custody of detaining facility upon termination of proceedings
or b.)  ()  be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary before United States District Court Judge Frank C. Damrell, Jr. on March 20, 2007, at 9:00 a.m. in the Eastern District of California.*

Signature: /s/ Kenneth J. Melikian
Printed Name & Phone No: AUSA KENNETH J. MELIKIAN   (916)554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
( ) Ad Prosequendum    (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on MARCH 20, 2007 at 9:00 a.m.* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: February 27, 2007

_____
United States District Court Judge

Please provide the following, if known:

AKA(s) (if applicable): _____   Male X
Booking or CDC #: F37343                                  DOB: **/**/1974
Facility Address: 5100 O'Byrnes Ferry Rd., Jamestown, CA 95327    Race: Black
                                                           FBI #:
Facility Phone: (209)984-5291
Currently Incarcerated For: _____

### RETURN OF SERVICE
Executed on _____   By: _____
                                        (Signature)