| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.  S 03-042-FCD |
| v. | ) | |
| | ) | |
| CHARLES LEE WHITE | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        ( ) Ad Prosequendum                    (**X**) Ad Testificandum

Name of Detainee:    DERRICK LAMORIS SHIELDS
Detained at (custodian): CALIFORNIA STATE PRISON, CORCORAN (CSP-C)

Detainee is:          a.)    ( ) charged in this district by:   () Indictment   () Information   () Complaint
                              charging detainee with: .
        or      b.)    (**X**) a witness not otherwise available by ordinary process of the Court

Detainee will:      a.)    (**X**)  return to the custody of detaining facility upon termination of proceedings
        or      b.)    () be retained in federal custody until final disposition of federal charges, as a sentence
                        is currently being served at the detaining facility

*Appearance is necessary before United States District Court Judge Frank C. Damrell, Jr. on March 20, 2007, at 9:00 a.m.  in the Eastern District of California.*

Signature:                /s/ Kenneth J. Melikian
Printed Name & Phone No:    AUSA KENNETH J. MELIKIAN    (916)554-2700
Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS
        ( ) Ad Prosequendum                   (X) Ad Testificandum

      The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on MARCH 20, 2007 at 9:00 a.m.* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: February 27, 2007

_____
United States District Court Judge

_____

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | _____ | Male  X |
| Booking or CDC #: | F00477 | DOB: **/**/1974 |
| Facility Address: | 4001 KING AVENUE, P.O. BOX 8800 | Race: Black |
| | CORCORAN, CA 93212 | FBI #: |
| Facility Phone: | (559)992-8800 | |
| Currently Incarcerated For: | _____ | |

_____
## RETURN OF SERVICE
Executed on  _____  By: _____
                                                        (Signature)