UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S 03-042-FCD |
| v. | ) | |
| | ) | |
| CHARLES LEE WHITE | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

( ) Ad Prosequendum　　　　　　　　(**X**) Ad Testificandum

Name of Detainee:　　__JASON THOMAS McGILL__

Detained at (custodian): __SANTA RITA JAIL__

Detainee is:　　　　a.)　　( ) charged in this district by:　() Indictment　() Information　() Complaint
　　　　　　　　　　　　　charging detainee with: .

　　　　　　or　　b.)　　(**X**) a witness not otherwise available by ordinary process of the Court

Detainee will:　　　a.)　　(**X**)　return to the custody of detaining facility upon termination of proceedings

　　　　　　or　　b.)　　() be retained in federal custody until final disposition of federal charges, as a sentence
　　　　　　　　　　　　　is currently being served at the detaining facility

　　　　*Appearance is necessary before United States District Court Judge Frank C. Damrell, Jr. on March 20, 2007, at 9:00 a.m. in the Eastern District of California.*

　　　　　　　　　　　　Signature:　　　　　__/s/ Kenneth J. Melikian__
　　　　　　　　　　　　Printed Name & Phone No:　__AUSA KENNETH J. MELIKIAN　(916)554-2700__
　　　　　　　　　　　　Attorney of Record for:　__United States of America__

## WRIT OF HABEAS CORPUS

( ) Ad Prosequendum　　　　　　　　(X) Ad Testificandum

　　　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on MARCH 20, 2007 at 9:00 a.m.* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:　　March 7, 2007

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Court Judge

Please provide the following, if known:

AKA(s) (if applicable):　　_____　　　　Male　X
Booking or CDC #:　　__BAF250__　　　　　　　　　　　　　　　DOB: **/**/1975
Facility Address:　　__5325 Broder Blvd., Dublin, CA 94568__　　　　Race: Black
　　　　　　　　　　_____　　　　FBI #:

Facility Phone:　　__(925)551-6760__
Currently Incarcerated For:　_____

### RETURN OF SERVICE

Executed on　_____　By:　_____
　　　　　　　　　　　　　　　　　　　　　　　　　(Signature)