| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. S 03-042-FCD |
| v. ) | |
| ) | |
| CHARLES LEE WHITE ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( ) Ad Prosequendum       (X) Ad Testificandum

Name of Detainee: NATALIE NICOLE THOMAS
Detained at (custodian): SOLANO COUNTY JAIL

Detainee is:
 a.) ( ) charged in this district by: ( ) Indictment ( ) Information ( ) Complaint
     charging detainee with: .
or b.) (X) a witness not otherwise available by ordinary process of the Court

Detainee will:
 a.) (X) return to the custody of detaining facility upon termination of proceedings
or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary before United States District Court Judge Frank C. Damrell, Jr. on March 27, 2007, at 9:00 a.m. in the Eastern District of California.*

Signature: /s/ Kenneth J. Melikian
Printed Name & Phone No: AUSA KENNETH J. MELIKIAN   (916)554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

( ) Ad Prosequendum       (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on MARCH 27, 2007 at 9:00 a.m.* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 3/21/07

United States District Court Judge

Please provide the following, if known:

AKA(s) (if applicable): Natalie Nicole Fitzgerald           FEMALE
Booking or CDC #:       200700449                          DOB: **/**/1979
Facility Address:       530 Union Ave., Fairfield, CA 94533  Race: White
                        Attn: Acting Facility Commander Lt. Mashburn   FBI #:
Facility Phone:         (707)421-7130
Currently Incarcerated For:

**RETURN OF SERVICE**

Executed on _____ By: _____
                                (Signature)