1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   KENNETH J. MELIKIAN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2724

5

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )      CR. No. S-03-042 FCD
12                                   )
                   Plaintiff,        )      GOVERNMENT'S REQUEST FOR
13                                   )      SUPPLEMENTAL ORDER
            v.                       )      AUTHORIZING MEASURES TO
14                                   )      RESTRAIN THE DEFENDANT DURING
   CHARLES LEE WHITE,                )      TAKING OF PHOTOGRAPHS
15                                   )
                   Defendants.       )
16 _____)

17

18      The United States respectfully moves the court for an order

19 permitting law enforcement personnel to take reasonable measures, as

20 set forth below, to compel the defendant Charles Lee White to submit

21 to having his tattoos photographed as previously ordered by the

22 court.  This supplemental order is necessary because the defendant

23 refused to allow FBI agents to photograph his tattoos and threatened

24 to physically resist Sacramento County Sheriff's deputies if they

25 attempted to proceed further.  Because White is a federal prisoner,

26 the Sacramento County Sheriff requests an order from this court

27 before proceeding further.

28 ////

                                  -1-

If a compulsion order is authorized by this court, law enforcement personnel plan on handcuffing the defendant behind his back, shackling his feet, and securing him in a "prostraint chair" which will further restrict his movements.

Dated: <u>March 28, 2007</u>

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

By: <u>s/R.Steven Lapham</u>
R. STEVEN LAPHAM
KENNETH J. MELIKIAN
Assistant U.S. Attorneys

<u>O R D E R</u>

IT IS HEREBY ORDERED that law enforcement personnel are authorized to employ the above-referenced measures in order to carry out this court's prior order authorizing the photographing of the defendant's tattoos.

DATED: March 28, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE