FILED

APR 1 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES LEE WHITE,

    Defendant.
_____/

Cr. S-03-0042-003FCD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release LAKISH GOOCH, Case No. Cr. S-03-0042 FCD, Charge - Failure to Appear after having been served a subpoena to appear as a material witness in the above action, from custody.

   __X__   Release on Personal Recognizance

   ____   Bail Posted in the Sum of $ [ ]

         ___   Unsecured Appearance Bond

         ___   Appearance Bond with 10% Deposit

1       ___ Appearance Bond with Surety

2       ___ Corporate Surety Bail Bond

3       _X_ (Other): On condition that she appear at her residence, 526 Swan Way, Vallejo CA 94589, on or before 5:00 p.m. on Sunday, April 22, 2007 for transport to Sacramento, California, for trial testimony on Monday, April 23, 2007 at 1:30 p.m.

Issued at Sacramento, CA on April 19, 2007 at 2:15 p.m.

Dated: April 19, 2007

/s/ FRANK C. DAMRELL JR.
FRANK C. DAMRELL JR.
UNITED STATES MAGISTRATE JUDGE

GOOCH release order.wpd      2