| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. S 03-042-FCD |
| v. ) | |
| ) | |
| CHARLES LEE WHITE ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( ) Ad Prosequendum        (**X**) Ad Testificandum

Name of Detainee:     TAURIAN BENJAMIN ALFORD
Detained at (custodian): WASHINGTON CORRECTIONS CENTER

Detainee is:    a.)    ( ) charged in this district by:   () Indictment   () Information   () Complaint
                       charging detainee with: .
         or     b.)    (**X**) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    (**X**)   return to the custody of detaining facility upon termination of proceedings
         or     b.)    () be retained in federal custody until final disposition of federal charges, as a sentence
                       is currently being served at the detaining facility

*Appearance is necessary before United States District Court Judge Frank C. Damrell, Jr. on May 3, 2007, at 9:00 a.m. in the Eastern District of California*.

                       Signature:              /s/ R. STEVEN LAPHAM
                       Printed Name & Phone No:   AUSA R. STEVEN LAPHAM     (916)554-2700
                       Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
( ) Ad Prosequendum        (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on MAY 3, 2007 at 9:00 a.m.* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:   April 20, 2007                         _____
                                               United States District Court Judge

Please provide the following, if known:

AKA(s) (if applicable):  _____        Male  X
Booking or DOC #:        974129                                 DOB: **/**/1970
Facility Address:        W. 2321 Dayton Airport Road, Post Office box 900   Race: Black
                         Shelton, WA 98584                      FBI #:
Facility Phone:          (360)426-4433
Currently Incarcerated For: _____

**RETURN OF SERVICE**

Executed on   _____   By: _____
                                             (Signature)