IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

CHARLES LEE WHITE,

        Defendant.
_____/

Cr. S-03-0042-003FCD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release JASON HICKERSON, Case No. Cr. S-03-0042 FCD, Charge - Failure to Appear after having been served a subpoena to appear as a material witness in the above action, from custody.

    _X_    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $ [ ]

        ___    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

1    ___    Appearance Bond with Surety

2    ___    Corporate Surety Bail Bond

3    _X_   (Other): The warrant issued on April 19, 2007 is hereby WITHDRAWN.

4    Issued at Sacramento, CA on April 23, 2007 at 1:30 p.m.

5    Dated:   April 23, 2007

		_____
		FRANK C. DAMRELL, JR.
		UNITED STATES DISTRICT JUDGE

HICKERSON release order.wpd                    2