IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>CHARLES LEE WHITE,<br><br>            Defendant.<br>_____/ | Cr. S-03-0042-003FCD<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release PRECIOUS POLK, Case No. Cr. S-03-0042 FCD, Charge - Failure to Appear after having been served a subpoena to appear as a material witness in the above action, from custody.

    _X_    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $ [ ]

            ___    Unsecured Appearance Bond

            ___    Appearance Bond with 10% Deposit

1     ___ Appearance Bond with Surety

2     ___ Corporate Surety Bail Bond

3     _X_ (Other): Witness shall remain at the Vagabond Hotel until

4 May 3, 2007 at 8:00 a.m. where she shall then present herself at 501 I St,

5 Sacramento CA, US Attorney Office on the 10th Floor.

6     Issued at Sacramento, CA on May 3, 2007 at 3:51 p.m.

7 Dated:   May 3, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

POLK release order.wpd            2