UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---oOoo---

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

CHARLES LEE WHITE,

        Defendant.

No. Cr. S-03-0042-003 FCD

**O R D E R**

---oOoo—

The Warrant for Arrest of Witness issued on May 7, 2007 as to CLIFFORD ROSA is hereby WITHDRAWN.

IT IS SO ORDERED.

DATED: May 8, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE