UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:03-cr-00042-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CHARLES LEE WHITE, | |
| Defendant. | |

The Court reviewed is in receipt of Defendant Charles Lee White's Request for Court to Order Attorney George Boisseau to Send Legal Records (ECF No. 1207). The Court has no record of Mr. Boisseau having any association with this case. Accordingly, Defendant's Request is DENIED without prejudice.

IT IS SO ORDERED.

Dated: June 29, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT